■ Mei Yuet Chin, as Administratrix of the Estate of Yu Chin, Deceased, et al., Respondents, v Peter W. Cray, Appellant, and Hun Li Chin, Respondent. — Order, Supreme Court, Bronx County, entered on April 1, 1980, unanimously reversed, on the law, without costs and without disbursements and defendant-appellant's motion to vacate, sever and dismiss plaintiffs' complaint as to him and to dismiss defendant-respondent's cross complaint granted. (See *Gager v White,* 78 AD2d 617). No opinion. Concur — Sandler, J. P., Sullivan, Markewich, Lupiano and Silverman, JJ.

■ The People of the State of New York, Respondent, v Helen Ritz, Appellant. — Judgment, Supreme Court, Bronx County, rendered on June 22, 1978, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Fein, J. P., Ross, Bloom and Carro, JJ.

■ Emery Air Freight Corporation, Petitioner, v Harry S. Tishelman, as Finance Commissioner of the City of New York, et al., Respondents. — Determination of respondent the City of New York Finance Administration dated August 18, 1978, unanimously confirmed, without costs and without disbursements. Respondents' application to strike all allegations in paragraph 10 of the petition and Exhibits D through I is denied. No opinion. Concur — Kupferman, J. P., Fein, Ross, Bloom and Carro, JJ.

■ The People of the State of New York, Respondent, v Willard Shelton, Appellant. — Judgment, Supreme Court, New York County, rendered on July 21, 1976, unanimously affirmed on the opinion of Kassal, J., at Trial Term (88 Misc 2d 136). Concur — Kupferman, J. P., Fein, Ross, Bloom and Carro, JJ.

■ In the Matter of New York News, Inc., Petitioner, v Thomas B. Galligan et al., Respondents. In the Matter of New York Times Company, Petitioner, v Thomas B. Galligan et al., Respondents. In the Matter of News Group Publications, Inc., Petitioner, v Thomas B. Galligan et al., Respondents. — Applications pursuant to CPLR article 78, in the nature of writs of prohibition, unanimously denied, without costs and without disbursements. The stays heretofore granted herein on October 10, 1980, by a Justice of this court, are vacated. In the circumstances before us, we cannot say that there was an improvident exercise of discretion. It is apparent that the hearing court was concerned that further disclosure at this stage might conceivably endanger the life of a defendant. No opinion. Concur — Kupferman, J. P., Birns, Silverman, Bloom and Carro, JJ.

## (November 20, 1980)

■ The People of the State of New York Respondent, v William Small, Appellant.— Determination of appeal from judgment, Supreme Court, New York County, entered on June 5, 1974, unanimously held in abeyance, assigned counsel relieved, and alternate counsel assigned. No opinion. Concur — Murphy, P. J., Fein, Ross, Bloom and Carro, JJ.